McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant Department of Veterans Affairs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HORACE LYNN JENKINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF VETERAN'S ) <br> AFFAIRS, ) <br> ) <br> Defendant. ) <br> ) | 1:06-cv-00962-OWW-LJO <br><br> **EX PARTE REQUEST TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT AND SUPPORTING DECLARATION; ORDER THEREON** |

Pursuant to Local Rule 6-144(c), Defendant Department of Veterans Affairs ("Defendant") requests a 30-day extension of time to respond to the complaint, filed by Plaintiff Horace Lynn Jenkins ("Plaintiff"), acting pro se, on July 24, 2006 (Doc. 1), based on the attached declaration of Defendant's counsel. Since Defendant's response is currently due on October 23, 2006, Defendant requests an extension to November 22, 2006.[1]

---

[1] Nothing in this request is intended to constitute a waiver of any defense that may be asserted by Defendant. Defendant specifically reserves all of its defenses and objections in this action, including without limitation its defenses and objections under Rules 4, 8 and 12 of the Federal Rules of Civil Procedure and under all other applicable laws and procedural rules.

```
                                    Respectfully submitted,

Dated:  October 19, 2006.           McGREGOR W. SCOTT
                                    United States Attorney


                             By:    /s/ Kimberly A. Gaab
                                    KIMBERLY A. GAAB
                                    Assistant U.S. Attorney
                                    Attorneys for Defendant
                                    Department of Veterans Affairs
```

### DECLARATION OF KIMBERLY A. GAAB

I, Kimberly A. Gaab, pursuant to 28 U.S.C. § 1746, declare:

1. I am an Assistant United States Attorney for the Eastern District of California and the attorney assigned to represent Defendant in the above-entitled action. I have personal knowledge of the matters set forth herein, and if called upon to testify, could and would competently testify thereto.

2. The complaint was not served on the U.S. Attorney until August 24, 2006. After being assigned to this matter, it was necessary for me to coordinate with Defendant's Regional Counsel to obtain the voluminous administrative record and other relevant case information. I was not able to obtain all of the relevant documentation until two days ago.

3. An additional 30 days is needed to respond to the complaint to provide me and Defendant's Regional Counsel time to review the complaint and coordinate a response. No prior extensions have been granted.

4. I attempted to contact Plaintiff, who is acting pro se, to request an extension of time, but was unable to reach him. I cannot reasonably obtain a stipulation extending time from Plaintiff.

5.   In light of the foregoing, it is respectfully requested that the Court extend Defendant's time to respond to the complaint by 30 days to November 22, 2006.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 19, 2006.

                                         /s/ Kimberly A. Gaab
                                         KIMBERLY A. GAAB

### ORDER

IT IS SO ORDERED that Defendant's time to respond to the complaint is extended to November 22, 2006.

IT IS SO ORDERED.

**Dated:   October 20, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                              UNITED STATES DISTRICT JUDGE

---

3
EX PARTE REQUEST TO EXTEND DEFENDANT'S TIME TO RESPOND TO
COMPLAINT AND SUPPORTING DECLARATION; [PROPOSED] ORDER THEREON