McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant Department of Veterans Affairs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HORACE LYNN JENKINS, | 1:06-cv-00962-OWW-LJO |
| Plaintiff, | **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |
| v. | |
| DEPARTMENT OF VETERAN'S AFFAIRS, | |
| Defendant. | |

Defendant Department of Veterans Affairs' motion to dismiss the complaint for lack of subject matter jurisdiction (Doc. 13) having come on for hearing on January 22, 2007, and Plaintiff Horace Lynn Jenkins having lodged a Notice of Voluntary Dismissal on January 19, 2007 (Doc. 16), the Court finding good cause to grant Plaintiff's motion for voluntary dismissal;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the complaint in this action be dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   January 26, 2007**            /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE